UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN HARTMAN,

        Plaintiff,                      Case No. 20-cv-10604

                                          Paul D. Borman
v.                                         United States District Judge

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA and CMFG
LIFE INSURANCE COMPANY,

        Defendants.
_____/

## ORDER OF DISMISSAL

On June 29, 2020 a Stipulation of Dismissal with Prejudice was entered stating that all claims alleged in the above entitled action are dismissed with prejudice, without an award of attorney's fees and/or costs to either party. (ECF No. 27) Accordingly, the Order referring pretrial matters to Magistrate Judge David R. Grand (ECF No. 26) is **HEREBY VACATED** and it is **ORDERED** that the above matter is **DISMISSED** with prejudice and without an award of attorneys fees and/or costs to either party.

Dated:  June 29, 2020                                 s/Paul D. Borman
                                                           Paul D. Borman
                                                           United States District Judge